JOHN A. BROWER, Respondent, v. LOUIS CONSTANTINE and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MILK BOTTLERS' FEDERATION, Appellant, v. JOSEPH ROSEN and Another, Respondents.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOSEPH EDELSTEIN, as Director and Manager of the PEOPLES THEATRE COMPANY, Respondent, v. MAX R. WILNER, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOSEPH EDELSTEIN, as Director and Manager of the PEOPLES THEATRE COMPANY, Respondent, v. PEOPLES THEATRE COMPANY, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOSEPH EDELSTEIN, as Director and Manager of the PEOPLES THEATRE COMPANY, Respondent, v. SECOND AVENUE DEVELOPMENTS COMPANY, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ARTHUR C. STALLMAN, Doing Business under the Firm Name of ARTHUR STALLMAN & Co., Respondent, v. SMITH, KLINE & FRENCH Co., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HARRY POSTER, Respondent, v. JOSEPH ALTMAN and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.; Dowling and Page, JJ., dissented and voted to reverse judgment and dismiss complaint on the ground that plaintiff testified that he slipped over a nail, and there is no sufficient evidence of negligence.

THE CITY OF NEW YORK, Respondent, v. UNITED STATES WOOD PRESERVING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM FEASTER, Respondent, v. GORDON LEE SCHEFFER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of the Application for Ancillary Letters Testamentary on the Last Will and Testament of REBECCA TONNELE RICE GAY, Deceased. ANNA VON WERNSTEDT and Another, Appellants; BENJAMIN EASTMAN HARWOOD, Respondent.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.